1  SEYFARTH SHAW LLP
   Ari Hersher (SBN 260321)
2  ahersher@seyfarth.com
   Robin E. Devaux (SBN 233444)
3  rdevaux@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:   (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendant
   ALVAREZ & MARSAL HOLDINGS, LLC
7
   LAW OFFICES OF DANIEL FEDER
8  Daniel L. Feder (SBN 130867)
   daniel@dfederlaw.com
9  235 Montgomery Street Suite 1019
   San Francisco, CA 94104
10 Telephone: (415) 391-9476
11 Facsimile: (415) 391-9432

12 Attorneys for Plaintiff
   IHSAN AZIZ

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | IHSAN AZIZ,                               | ) Case No. 4-22-cv-00229-HSG
18 |            Plaintiff,                     | ) **JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE; ORDER**
19 |      v.                                   | )
20 | ALVAREZ & MARSAL HOLDINGS, LLC,           | )
21 |            Defendant.                     | ) Action Filed: January 13, 2022
   |                                           | ) Trial Date: April 10, 2023

22

23

24

25

26

27

28

1  Defendant Alvarez & Marsal Holdings, LLC ("Defendant" or "A&M") and Plaintiff Ihsan Aziz
2  ("Plaintiff") (collectively, the "Parties"), by and through their counsel, and pursuant to N.D. Cal. L.R. 7-
3  12 and N.D. Cal. ADR L.R. 6-5, hereby stipulate and jointly request that the Court continue by 30 days
4  the deadline to complete the mediation in this matter, currently set for July 19, 2022. The basis for the
5  Parties' request is as follows:
6      1.    On April 20, 2022, the Court granted the Parties' stipulation and request for a referral to
7  the Northern District of California's mediation program. Dkt. 22. The Court set the deadline for
8  completing the mediation as 90 days from the date of the order, or July 19, 2022. *Id.*
9      2.    Nearly three weeks later, on May 9, 2022, the Court appointed Frank Burke as mediator.
10 Dkt. 25. On May 11, 2022, the Court vacated Mr. Burke's appointment. Dkt. 26. Nine days later (and
11 one month after the Court's order referring this matter to mediation), on May 20, 2022, the Court
12 appointed Todd Roberts as mediator. Dkt. 27.
13     3.    Due to scheduling conflicts, the Parties were unable to schedule the initial conference call
14 with Mr. Roberts until June 6, 2022. No mediation date has yet been scheduled.
15     4.    Because of the delays associated with selecting a mediator, and scheduling challenges
16 posed by upcoming hearings and depositions in other matters over the next six weeks, the Parties do not
17 believe that mediation can be completed by the current deadline of July 19, 2022, and respectfully
18 request a brief, 30-day extension on the deadline to complete mediation.
19     5.    The Parties have not previously requested a continuance of any deadlines in this case.
20     6.    Given that trial is not set to occur until April 2023, the continuance of the mediation
21 deadline for this short period will not unduly delay the resolution of this matter. Continuing the
22 mediation deadline will also not impact any of the other deadlines currently set in this matter.
23 THEREFORE, the Parties STIPULATE and request as follows:
24     1.    That the Court extend the mediation deadline to August 18, 2022.
25 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

| | | |
|---|---|---|
| 1 | DATED: June 6, 2022 | LAW OFFICES OF DANIEL FEDER |
| 2 | | |
| 3 | | By: /s/ *Daniel L. Feder* |
| 4 | | Daniel L. Feder |
| 5 | | Attorneys for Plaintiff<br>IHSAN AZIZ |
| 6 | DATED: June 6, 2022 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By: /s/ *Robin E. Devaux* |
| 9 | | Ari Hersher<br>Robin E. Devaux |
| 10 | | Attorneys for Defendant<br>ALVAREZ & MARSAL HOLDINGS, LLC |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Robin E. Devaux, attest that concurrence in the filing of this Joint Case Management Statement and Rule 26(f) Report has been obtained from the signatory, Daniel L. Feder, counsel for Plaintiff. Executed this 6th day of June, 2022 in Alameda, California.

/s/ *Robin E. Devaux*
Robin E. Devaux

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The mediation deadline is this Action is reset to be completed by August 18, 2022.

DATED: 6/7/2022

*Haywood S. Gilliam Jr.*
JUDGE HAYWOOD S. GILLIAM, JR.