SEYFARTH SHAW LLP
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
ALVAREZ & MARSAL HOLDINGS, LLC

LAW OFFICES OF DANIEL FEDER
Daniel L. Feder (SBN 130867)
daniel@dfederlaw.com
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
IHSAN AZIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHSAN AZIZ,<br><br>            Plaintiff,<br><br>      v.<br><br>ALVAREZ & MARSAL HOLDINGS, LLC,<br><br>            Defendant. | Case No. 4-22-cv-00229-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Action Filed:   January 13, 2022<br>Trial Date: April 10, 2023 |

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ihsan Aziz ("Plaintiff") and Defendant Alvarez & Marsal Holdings, LLC ("Defendant" or "A&M") (collectively, the "Parties"), and their respective attorneys of record, that the Parties have agreed to resolve this matter, with prejudice, in its entirety.

Accordingly, the Parties agree that the entire action and all claims asserted by Plaintiff against Defendant Alvarez & Marsal Holdings, LLC shall be voluntarily dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Except as otherwise provided in the Agreement, each party shall bear its own attorneys' fees and costs.

DATED: October 27, 2022                LAW OFFICES OF DANIEL FEDER

                                       By: /s/ *Daniel L. Feder*
                                           Daniel L. Feder

                                           Attorneys for Plaintiff
                                           IHSAN AZIZ

DATED: October 27, 2022                SEYFARTH SHAW LLP

                                       By: /s/ *Robin E. Devaux*
                                           Ari Hersher
                                           Robin E. Devaux

                                           Attorneys for Defendant
                                           ALVAREZ & MARSAL HOLDINGS, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Robin E. Devaux, attest that concurrence in the filing of this Joint Stipulation for Dismissal with Prejudice; [Proposed] Order has been obtained from the signatory, Daniel L. Feder, counsel for Plaintiff. Executed this 27th day of October, 2022 in Alameda, California.

                                        /s/ *Robin E. Devaux*
                                        Robin E. Devaux

**ORDER**

THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice DOES HEREBY ORDER that the action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 10/28/2022

*Haywood S. Gilliam Jr.*
JUDGE HAYWOOD S. GILLIAM, JR.